# EXHIBIT B

U.S. Department of Justice
Civil Division
Office of International Judicial Assistance
Benjamin Franklin Station
P.O.Box 14360
Washington, D.C. 20004
United States of America

Our reference number: 31 D 1015/2019

Hodonín, 5. March 2020

**Subject:** United States of America – Request for International Judicial Assistance pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad Civil or Commercial Matters *(probate proceedings reference number 31 D 1015/2019, deceased Jiří Sedlář, born on February 14th, 1995, died on April 28th, 2019)*

Dear Sir or Madam,

Okresní soud v Hodoníně (District court in Hodonín), Velkomoravská 4, 696 46 Hodonín, Czech Republic, has the honour to submit the request for taking of evidence in inheritance proceedings, reference number 31 D 1015/2019, of the deceased, Jiří Sedlář (Jiri Sedlar), born on February 14th, 1995, died on April 28th, 2019, whose last known address was Krátká 714/13, 697 01 Kyjov, Czech Republic.

We have found out that the deceased held a bank account with the **Bank of America**, P.O. Box 15284, Wilmington, DE 19850 and we therefore need to find out the account balance on the day of his death. In addition, we kindly request any information whether the deceased had any other bank products at the Bank of America, and if so what thein balances were on the day of his death.

Pertaining to these proceedings we also request information regarding check numbers 4169, 4234, 4381, 4312, 4392, 4344, 4459, 4368, 4490, 3731 issued by the **Sun Trust Bank**, Ocean City, MD 21842, in the name of the deceased and whether they were cleared, cashed or presented to a bank for payment or not.

JUN 1 0 2020
CIV-189-33-20-3

Thank you very much for your cooperation and sending the required documents. If there is any problem with our request, please inform us.

Yours faithfully,



Mgr. Zuzana Schwarzová
Judge
District Court in Hodonín

I attach:

- **Form – Bank of America (2 x)**
- **Form – Sun Trust Bank (2 x)**
- **Copies of the checks**