# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE LETTER OF REQUEST ) <br> FROM CZECH REPUBLIC ) <br> IN THE MATTER OF JIRI SEDLAR ) | Misc. No. 20- |

**COMMISSIONER'S SUBPOENA**

To: Bank of America, N.A.
      Attn: Legal Order Processing/Christiana IV
      800 Samoset Drive
      Newark, DE 19713
      DE5-024-02-08

I, Jennifer K. Welsh, an Assistant United States Attorney for the District of Delaware, acting under the authority of Title 28, United States Code, Section 1782, for the purpose of rendering assistance to Czech Republic, command that you provide to me evidence for use in a civil lawsuit in the District Court in Hodonin, Czech Republic, in the Matter of Jiri Sedlar, Foreign Reference Number 31 D 1015/2019, said evidence being:

**1.     Bank statements showing the account balance for account number 4460 4108 5842 that was owned by Jiří Sedlář (Jiri Sedlar) on the date of his death, April 28, 2019; and**

**2.     Documents indicating whether Jiří Sedlář (Jiri Sedlar) (DOB: February 14, 1995) had any other bank products (accounts, safe deposit boxes, etc.) through Bank of America, and if so, the balances on the date of his death, April 28, 2019.**

If you cannot produce a requested document (including, *inter alia*, because the document has been lost or destroyed), please provide the facts you rely upon in support of your contention that you cannot do so. To the extent a document is not produced because of an assertion of privilege, please state the specific privilege relied upon. If you object to producing only part of a

requested document, please produce that portion of the document you do not object to producing and indicate what portion you have withheld based on an assertion of privilege.

Please produce the evidence by email to me at Miranda.keith@usdoj.gov or by mail at the address set forth below no later than August 31, 2020.

1313 N. Market Street
Suite 400
Wilmington, DE 19801

Please note that if you anticipate any charges for these records, please contact me prior to mailing so that we can confirm the charges and the availability of funds. *See* Exception to the Right to Financial Privacy Act for International Judicial Assistance Requests Memorandum (enclosed).

For failure to provide said evidence, you may be deemed guilty of contempt and liable to penalties under the law. The recipient of the attached subpoena may, for good cause shown, oppose the giving of evidence, or the circumstances thereof, by motion timely filed with the Court.

Dated this ___ day of _____, 2020.

                                                                                                     _____
Jennifer K. Welsh, Commissioner
Assistant U.S. Attorney
1313 N. Market Street
Suite 400
Wilmington, DE  19801
(302) 573-6277